**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DECONDI D. MAYO,** | Civil Action No. 25-16769 |
| Petitioner, | |
| | **MEMORANDUM & ORDER** |
| v. | |
| **FCI FORT DIX, WARDEN,** | |
| Respondent. | |

This matter comes before the Court on Petitioner Decondi D. Mayo's Petition brought pursuant to 28 U.S.C. § 2241 and his Motion to appoint counsel. (ECF No. 1-2.) Petitioner's claims arise from the alleged improper calculation of First Step Act earned time credits, the alleged denial of an additional 15 days per month following his consecutive assessments at a low/minimum risk score, and the alleged revocation of Second Chance Act credits. (ECF No. 1-1, Memorandum at 1.) Petitioner seeks to have the Bureau of Prisons recalculate his sentence and apply such credits toward his early release, Residential Reentry Center ("RRC") placement, or home confinement and transfer him to an RRC or home confinement. (*Id.* at 6.)

When Petitioner filed this action, he was incarcerated at Fort Dix, Federal Correctional Institution ("FCI"), which is located in this District. He was subsequently transferred to Schuylkill, FCI, but mail sent to him there by the Clerk of the Court was returned as undeliverable on March 9, 2026. (ECF No. 10.) The Federal Inmate Locator lists as Petitioner's current location as the Residential Reentry Management Baltimore Field Office, which manages inmates who are housed

in Residential Reentry Centers and on home confinement.[1]  Since his mail was returned as undeliverable over two months ago, Petitioner has not updated his address in compliance with L. Civ. R. 10.1 or otherwise contacted the Court.  In light of his apparent transfer to either a RRC or home confinement, it is unclear if Petitioner is still pursuing this matter.

At this time, the Court directs the Clerk of the Court to **ADMINISTRATIVELY TERMINATE** this matter and the Motion for counsel at ECF No. 2 because Petitioner has not updated his address in compliance with L. Civ. R. 10.1.  The Clerk shall send a copy of this Order to Petitioner at the address on file.  If Petitioner updates his address within 30 days, the Court will reopen this matter for adjudication and consider his Motion for counsel.  If Plaintiff does not update his address within 30 days, this matter shall remain closed, and the administrative termination shall automatically convert to a dismissal without prejudice.

**THEREFORE, IT IS,** on this _15_ day of May 2026,

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this matter and the Motion for counsel at ECF No. 2 because Petitioner has not updated his address in compliance with L. Civ. R. 10.1; and it is further

**ORDERED** that if Petitioner updates his address within 30 days of the date of this Order, the Court will reopen this matter for adjudication and consider his Motion for counsel; and it is further

**ORDERED** that if Petitioner does not update his address or contact the Court within 30 days, this matter shall remain closed, and the termination will automatically convert to a dismissal without prejudice; and it is further

---

[1] See Federal Inmate Locator, available at www.bop.gov/inmateloc/ (last visited May 14, 2026).

2

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Petitioner at the address on file.

ROBERT KIRSCH
United States District Judge

3